

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JUL 1 6 2018

Clerk, U.S. District Court
District Of Montana
Missoula

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CV 18–74–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GORDON P. JONES, MONTANA BOARD OF HOUSING, NORTHWEST MONTANA HUMAN RESOURCES and COLLECTION BUREAU SERVICES, INC., and SANDERS COUNTY, a political subdivision of the State of Montana, | |
| Defendants. | |

Upon motion of Plaintiff, United States, for an order directing Defendant, Gordon P. Jones, to appear, plead or answer in accordance with 28 U.S.C. § 1655, it appearing to the Court that this is an action to foreclose a mortgage on real property located in Sanders County, Montana, within this district, described as follows:

> Lots Fourteen (14) and Fifteen (15) of Block Seventy-seven (77), of Second Survey of the Town of Thompson Falls, Montana, as shown on the map or plat thereof on file and of record in the office of the Clerk and Recorder, Sanders County, Montana.
>
> Common Address: 403 Spruce Street, Thompson Falls, Montana

IT IS HEREBY ORDERED that the Clerk of District Court shall issue the Summons for Publication.

IT IS FURTHER HEREBY ORDERED that the Summons for Publication be published in the Sanders County Ledger, a newspaper published in Sanders County, Montana, once a week for six (6) consecutive weeks.

IT IS FURTHER HEREBY ORDERED that the Defendant, Gordon P. Jones, is directed to appear, plead, answer or otherwise move with respect to the Complaint herein, within twenty-one (21) days after the last date of publication.

DATED this 16th day of July, 2018.

Dana L. Christensen, Chief Judge
United States District Court